UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 7: 25-003-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| KEITH W. LONG, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Keith W. Long has moved the Court to continue the re-arraignment hearing, previously scheduled for May 8, 2025, in Pikeville, Kentucky. [Record No. 21] In support, the defendant's counsel notes that an immediate family member has suffered a medical emergency, and she will be out of the Pikeville area. Counsel for the defendant has spoken with Assistant United States Attorney Andrew Trimble, and he has no objection to the proposed continuance. Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. Defendant Long's motion [Record No. 21] is **GRANTED.**

2. Subject to intervening orders, the re-arraignment hearing previously scheduled for May 8, 2025, is **CONTINUED** to **Monday, June 2, 2025,** beginning at the hour of **2:00 p.m.**, at the United States Courthouse in **LEXINGTON,** Kentucky.

Dated: May 7, 2025.



Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky